AO 91 (Rev. 11/11) Criminal Complaint

SEALED

NORTHERN DISTRICT OF TEXAS
FILED
SEP 21 2019
CLERK, U.S. DISTRICT COURT
By _____
Deputy

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER ENGLISH<br><br>Defendant(s) | Case No.<br>3:19-MJ-856-BN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 20, 2019** in the county of **Dallas** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of FBI TFO Calvin Scudder

☑ Continued on the attached sheet.

_Complainant's signature_

Calvin Scudder, FBI TFO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 09/21/2019

_Judge's signature_

City and state: DALLAS, TEXAS    DAVID L. HORAN, U.S. MAGISTRTATE JUDGE
_Printed name and title_

## Affidavit in Support of Criminal Complaint

1. I, Calvin Scudder, Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

2. I am a Peace Officer for the Dallas Police Department (DPD), badge number #9852. I have been employed by the DPD for approximately ten years and as a Gang Detective for approximately three years. I am currently assigned to the Federal Bureau of Investigation (FBI) as a Gang Task Force Officer which investigates violent crimes, gangs, firearm violations, and narcotics. I have participated in previous investigations of violent crime related to criminal street gangs, investigations of unlawful narcotics distribution, and have conducted or participated in physical and electronic surveillances, the execution of search warrants, debriefing of informants, and the review of taped conversations. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, distributed, and the methods of payments for such drugs. I am also familiar with the methods by which narcotics traffickers communicate and the code words commonly used by narcotics traffickers.

3. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 3061.

4. This affidavit is made for the limited purposes of establishing probable cause that **Christopher English** has committed an offense in violation Title 18 United States Code, Section 922(g)(1) (felon in possession of a firearm).

**Affidavit in Support of Criminal Complaint – Page 1**

5. The information contained in this affidavit is based on my personal knowledge and experience, my personal participation in this investigation, and information obtained from other law enforcement officers and/or agents involved in this investigation.

6. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violation of 18 U.S.C. § and 922(g)(1) has been committed by **Christopher English.**

## FACTS AND CIRCUMSTANCES

7. On September 20, 2019, in Dallas, Texas, officers conducted a stop of a yellow Ford Mustang. Officers observed that the driver was texting while operating the vehicle, not wearing a seatbelt and then failed to signal 100 feet prior to turning.

8. Officers performed a traffic stop of the vehicle.

9. Officers identified **Christopher English** as the driver and another individual, known here as J.S., as the front seat passenger. Officers detected the odor of marijuana coming from inside the Ford Mustang.

10. **Christopher English** was found to have six active arrest warrants out of Dallas Police Department. **Christopher English** could not provide proof of financial responsibility for the yellow Mustang.

11. During the search of the vehicle, Officers discovered a small bag containing a scale, several clear plastic baggies, and marijuana residue consistent with drug sales on the floor board on the passenger side.

Affidavit in Support of Criminal Complaint – Page 2

12. Officers found a Hi-Point Firearms model C-9, 9mm, serial P235812, handgun under the rear seat cushion on the driver's side.

13. Officers were notified during the traffic stop that a 911 emergency call was placed prior to the traffic stop, reporting an open-air drug sales in the immediate area involving **Christopher English** in a Mustang.

14. **Christopher English** was given his *Miranda* warning, in which he waved voluntarily and spoke to Investigator. **Christopher English** stated the firearm belonged to him. **Christopher English** stated he purchased the firearm approximately two days prior for $60.00-$70.00 dollars off the street for protection.

15. Criminal history records show that **Christopher English** was convicted of the felony offense on 08-08-2014 of Fraud Poss CS/Prescription SCH I/II in the 366th District Court, Mckinney, cause number 366-80658-2014, and received two years confinement. **English** admitted to knowing he was a felon.

16. I have consulted with FBI agents and they have informed me that this firearm was not manufactured in the State of Texas and did affect interstate commerce.

[remainder of page left intentionally blank]

Affidavit in Support of Criminal Complaint – Page 3

17. I believe there is probable cause to believe that a violation of 18 U.S.C. § and 922(g)(1) has been committed by **Christopher English.**

                                            Calvin Scudder
                                            Task Force Officer
                                            Federal Bureau of Investigation

Subscribed and sworn to before me this 21st day of September, 2019.

                                            HON. DAVID L. HORAN
                                            United States Magistrate Judge
                                            Northern District of Texas